**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 08-6444**

---

STANFORD EL CHRISTOPHER MCPHERSON, JR., a/k/a Chris Rattis,

  Plaintiff - Appellant,

  v.

BUDDY MOZINGO; ERROL DAWSON JARMAN; SCOTT DAVID SIKKINK; DALE AUTRY; TABITHA ANN ADKINS,

  Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, District Judge. (5:07-ct-03090-D)

---

Submitted: May 22, 2008                 Decided: June 2, 2008

---

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Stanford El Christopher McPherson, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanford El Christopher McPherson, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. We deny McPherson's motion to amend his complaint and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED